1
2
3
4
5
6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9
10

11 | PAUL CLARK, SEBASTIAN DRAKE, ) Case No. CV 09-1559-RGK(RC)
   | VIVIAN DRAKE,                )
12 |                              )
   |            Plaintiffs,       ) ORDER ADOPTING REPORT AND
13 | vs.                          ) RECOMMENDATION OF UNITED STATES
   |                              ) MAGISTRATE JUDGE
14 | HOUSTON TX POLICE DEPARTMENT )
   | FORT BEND COUNTY SHERIFFS    )
15 | DEPARTMENT, TEXAS STATE      )
   | ATTORNEY GENERALS OFFICE,    )
16 | F.B.I., CHILDREN'S PROTECTIVE)
   | SERVICES, HARRIS COUNTY      )
17 | SHERIFFS DEPARTMENT, HARRIS  )
   | COUNTY, FORD BEND COUNTY     )
18 | SHERIFFS DEPARTMENT, TRANS   )
   | UNION CREDIT BUREAU, AMERICAN)
19 | HOME LOANS, PALACE INN, A&P  )
   | PAWN, BRISTOL WEST INSURANCE,)
20 | AMERICAN GENERAL FINANCE,    )
   | COUNTRYWIDE HOME LOANS, CHASE)
21 | MANHATTAN MORTGAGE, CHASE HOME)
   | FINANCING LLC, WASHINGTON    )
22 | MUTUAL, SPECIAL LOAN SERVICES,)
   | OPTION ONE MORTGAGE TX, GMAC )
23 | MORTGAGE, MACHINERY          )
   | MAINTENANCE REBUILDERS,      )
24 | WILSHIRE FINANCIAL SERVICES, )
   | SPECIALIZED LOAN SERVICES,   )
25 | MERS, MIKE MONKS ATTORNEY,   )
   | ROBERT J. DEGROOT ATTORNEY,  )
26 | JEFFREY KRONGOLD ATTORNEY,   )
   | VICTOR IHEZUKWU ATTORNEY,    )
27 | GREG COX ATTORNEY, THOMAS C. )
   | WASHMON ATTORNEY, ANTHONY    )
28 | GREEN ATTORNEY, LOUISA       )

```
 1  PENSANTI ATTORNEY, COURTNEY    )
    WEAVER, COLLINS JOHNSON, STEVE )
 2  WHITE, TOM GEORGE, JAY         )
    NICOLAS, FREDDY WHITE, JOHN    )
 3  WHITE, GILDA WHITE,            )
                                   )
 4              Defendants.        )
                                   )
 5
```

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a *de novo* determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) Judgment shall be entered dismissing the complaint and action without prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, and the Magistrate Judge's Report and Recommendation by the United States mail on plaintiff.

DATED: May 7, 2009

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

R&R\09-1559.ado
4/16/09