```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     CENTRAL DISTRICT OF CALIFORNIA
 9
10
11   PAUL CLARK, SEBASTIAN DRAKE,    ) Case No. CV 09-1559-RGK(RC)
     VIVIAN DRAKE,                   )
12                                   )
                 Plaintiffs,         )
13   vs.                             ) JUDGMENT
                                     )
14   HOUSTON TX POLICE DEPARTMENT    )
     FORT BEND COUNTY SHERIFFS       )
15   DEPARTMENT, TEXAS STATE         )
     ATTORNEY GENERALS OFFICE,       )
16   F.B.I., CHILDREN'S PROTECTIVE   )
     SERVICES, HARRIS COUNTY         )
17   SHERIFFS DEPARTMENT, HARRIS     )
     COUNTY, FORD BEND COUNTY        )
18   SHERIFFS DEPARTMENT, TRANS      )
     UNION CREDIT BUREAU, AMERICAN   )
19   HOME LOANS, PALACE INN, A&P     )
     PAWN, BRISTOL WEST INSURANCE,   )
20   AMERICAN GENERAL FINANCE,       )
     COUNTRYWIDE HOME LOANS, CHASE   )
21   MANHATTAN MORTGAGE, CHASE HOME  )
     FINANCING LLC, WASHINGTON       )
22   MUTUAL, SPECIAL LOAN SERVICES,  )
     OPTION ONE MORTGAGE TX, GMAC    )
23   MORTGAGE, MACHINERY             )
     MAINTENANCE REBUILDERS,         )
24   WILSHIRE FINANCIAL SERVICES,    )
     SPECIALIZED LOAN SERVICES,      )
25   MERS, MIKE MONKS ATTORNEY,      )
     ROBERT J. DEGROOT ATTORNEY,     )
26   JEFFREY KRONGOLD ATTORNEY,      )
     VICTOR IHEZUKWU ATTORNEY,       )
27   GREG COX ATTORNEY, THOMAS C.    )
     WASHMON ATTORNEY, ANTHONY       )
28   GREEN ATTORNEY, LOUISA          )
```

```
 1  PENSANTI ATTORNEY, COURTNEY    )
    WEAVER, COLLINS JOHNSON, STEVE )
 2  WHITE, TOM GEORGE, JAY         )
    NICOLAS, FREDDY WHITE, JOHN    )
 3  WHITE, GILDA WHITE,            )
                                   )
 4              Defendants.        )
    ───────────────────────────────)
 5
 6       Pursuant to the Order of the Court approving the recommendations
 7  of the United States Magistrate Judge, and adopting the same as the
 8  facts and conclusions of law herein,
 9
10       IT IS ADJUDGED that Judgment be entered dismissing the complaint
11  and action without prejudice.
12
13  DATE: May 7, 2009                    _____
                                              R. GARY KLAUSNER
14                                       UNITED STATES DISTRICT JUDGE

15  R&R\09-1559.jud
    4/16/09
```

2